IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MORGAN STANLEY DW, INC. f/k/a          *
DEAN WITTER REYNOLDS, INC. t/a
MORGAN STANLEY                         *

      Plaintiff                      *

vs.                                    *   CIVIL ACTION NO. MJG-02-2956

MICHAEL L. HOUSER, et al.              *

      Defendants                     *

\*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER CLOSING CASE

It appears that there is nothing remaining to be done in the instant case.

Accordingly:

1. The Clerk shall CLOSE THIS CASE.

2. The parties shall bear their own respective costs.

So ORDERED this 9th day of October, 2002.

                                    Marvin J. Garbis
                            United States District Judge